IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED
JUL 23 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Jonathan Lee Riches©,
Plaintiff

CIVIL ACTION NO:

VS.

3:07CV434

Michael VICK,

DEFENDANT

COMPLAINT
"THEFT AND ABUSE OF MY ANIMALS"
"TRO TEMPORARY RESTRAINING ORDER"

This Suit is a BIVENS action, and Civil Rights violation by The Constitution a Laws of the United States; and Federal Tort claims inflicted by that include, but Not Limited to: Injury to wildlife, conspiracy, illegal dog fighting, extortion, Racketeering, gambling, Copyright infringement, Identity theft, fraud, threats to commit violent acts, Brutality, tax Fraud.

Comes Now the Plaintiff Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue an order for DEFENDANT MICHAEL VICK to give a response. Also Moves this honorable Court to issue a TRO TEMPORARY Restraining order against MICHAEL VICK from any further contact with Plaintiff. As Plaintiff is claiming that his Federal and State Constitutional Rights

RECEIVED
JUL 23 2007
STAFF ATTORNEY
RICHMOND, VA

Violated under the 1st, 2nd, 4th, 5th, 6th, 8th, and 14th amendment of the Constitution. For relief, Plaintiff seeks 63,000,000,000.00 Billion dollars backed by gold and silver delivered via "UPS" United States Parcel Service to the front gates of FCI Williamsburg, Salters S.C., collected from Defendant MICHAEL VICK.

## 1

MICHAEL VICK is a Quarterback for the Atlanta Falcons. On April 20th, 2007 MR. VICK stole two white mixed Pit Bull dogs from my residence in Holiday Florida, and used them for dog fighting throughout the Richmond Area. MR. VICK damaged my RFID chips in my dogs collars so I will not be able to track them. These 2 dogs were used for fighting on April 23rd, 24th, and 26th, 2007. On April 28th, MR. VICK sold my dogs on EBAY Auction, and used the proceeds to purchase missiles from the Iran Government.

## 2

MICHAEL VICK continued to harass me on May 4th, 2007 by stealing my Identity from my coat. My Identity was used to open new store account cards to petsmart and doggie warehouse to purchase food for MR. VICK's illegal dog fighting operation

## 3

MICHAEL VICK violated my copyright laws by using my copyright name on his personal football outfit and casual clothing without paying me for use. This conspiracy started Jan 10th, 2001 until the day this suit was written. MR. VICK uses my name to sell T-shirts, Jonathan Lee Riches mugs, MR. Riches Hats.

4

- ON Feb 10th, 2007 MICHAEL VICK plead Alliengence to Al-qaeda
- MICHAEL VICK subjected me to microwave testing
- MICHAEL VICK used drugs in school zones
- MICHAEL VICK is in the business of illegal Steroids.

Plaintiff prays this court to give him relief on these issues

Plaintff prays this court will issue a Temporary Restraining order Against MICHAEL VICK so he can No longer sell my copyrighted Materials. MICHAEL VICK can't steal anymore of my animals (dogs) for dog fighting. MICHAEL VICK Has to stop Physically hurting my feelings and dashing my hopes.

Respectfully
Submitted

*Jonathan Lee. Riches ©*

Jonathan Lee., Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

[ DUE TO Restrictions on typewriters, this suit was Hand written ]