

Name: Jonathan Lee Riches
Register Number: 40046-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

J.S.N. 9HALS United States District Court
Eastern District of Virginia
Powell U.S. Court House
Clerk of court
1000 E. Main St.
Richmond, VA 23219-3525