

FLORENCE SC 29
01 AUG 2007 PM

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

U.S. United States District Court
Eastern District of Virginia
U.S. Courthouse
1000 E. Main St.
Richmond, VA 23219

Legal Mail