IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FAILED

AUG - 6 2007

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Jonathan Lee Riches ©,
Plaintiff

VS.

MICHAEL VICK,

DEFENDANT

CASE NO: 3-07 CV 434

"MOTION FOR JUDGES RECUSAL"
"MOTION FOR JUDGES FINANCIAL DISCLOSURE
FORM"

Comes Now the Plaintiff, Jonathan Lee Riches ©, in Pro-se,
Moves this Honorable Chief Judge to issue an order
compelling the Judge hearing civil case no: 3:07 CV
434, Riches v. Vick to recuse themselves under
28 U.S.C. 455 (A), (B), (C), D (4), B(4), B(5) "Financial Interest",
"Conflicts of Interest", because of numerous interests the
Judge has with Plaintiff's victims in his Houston Texas
criminal case no: H-03-90, and the Judges personal conflict
with the DEFendant in this Suit, Plaintiff also moves this
Honorable Chief Judge to compell the Judge to hand over their
Yearly Financial disclosure forms to Plaintiff, As Plaintiff's
Federal and State Constitutional Rights are still being violated
under the 1st, 2nd, 4th, 5th, 6th, 8th, 13th, and 14th amendments

Dockets.Justia.com

## 1

Plaintiff is currently being held illegally at Federal Correctional Institution Williamsburg, Salters South Carolina. Plaintiff's criminal case was out of the Southern District of Texas, Houston, Case No: H-03-90. Plaintiff is serving 125 months for wire fraud, Identity theft, Hacking, Phishing, Spamming and conspiracy.

On Sep 19th 2003, in a plea agreement, Plaintiff plead guilty to one count of wire fraud, and one count of conspiracy. In that plea agreement the only monetary amount Plaintiff plead guilty to was a $425 dollar wire transfer via Western Union. No other dollar amount was mentioned. At Sentencing, Plaintiff's PSI was drafted by U.S. probation officer Kimberly P. Jones. In it, Plaintiff was said to be a ringleader in a International Identity theft ring. The Personal Identifications of former Attorney General Janet Reno and Sean "P-ditty" Combs were taken by Plaintiff. Further, the report stated Plaintiff was personally responsible for $1,624,733 million dollars in relevant conduct 2.B1.1, from 637 different financial Institutions, Banks, credit unions, department stores, telecommunication Companies etc., all of which was not proven by a Jury nor did Plaintiff plead guilty to, violating Plaintiff's 6th amendment rights.

Some of the victims of Plaintiff's 2.B1.1 enhancements were; Bank of America, citibank, capitol1, Discover, American Express, Western Union Financial services, chase, Providian, JC penney, Sears, Bloomingdales, Exxon/mobil and many more which are available upon request.

## 2

The Judge in this current civil case, Riches v. Vick is aware of my criminal case in Houston Texas, the Judge in this case has a financial interest, conflicts of interest, and the Judges family members up to the 3rd degree have financial dealings, stock ownership,

and personal relationships with the Financial Institutions mentioned in this suit, and the rest on Plaintiff's Criminal case. Plaintiff will not recieve a fair hearing in this suit as the Judge would have a grudge against Plaintiff. The Judge has stock ownership, and the Judges family has stock ownership in American Express, Bank of America, Merryl Lynch, At&t, Verizon, this will do the Plaintiff harm if the Judge hears the case.

### 3

Under Federal court Rules, Plaintiff seeks to view the presiding Judge in this suits Yearly Financial disclosure forms to see for certain any conflicts of interest/financial interest the Judge has with Plaintiff's victims on his Criminal case

### 4

Plaintiff seeks a restraining order Against Michael Vick. Michael Vick used plaintiff's copyrighted picture and placed it on the Hillsborough county Jail, Tampa Florida Inmate lookup.

Plaintiff has also proof that Michael Vick used Plaintiff's A/K/A on Public chat Lines around the country "GINO ROMANO"

Plaintiff seeks a restraining order Against Michael Vick for continuing to use his copyrighted name for commercial purposes.
• Michael Vick attended the Kentucky derby wearing a Jonathan Lee Riches© skull cap
• Michael Vick threw snowballs at Plaintiff's car
• Michael Vick hired Robotic guards at FCI Williamsburg
• Michael Vick recruited my co-defendant Jason Michael Carpenter to rat me out and lie/defame/propaganda to the Federal Government

Michael Vick sold my name Jonathan Riches to CNN producer Andy Segal, who in return, did a program called "How to Rob a bank." Everything was shown on Jonathan Riches including Pictures, transcripts, FBI Footage, materialist things. Michael Vick claims he did nothing wrong because he did not include my middle name "lee."

Plaintiff seeks a restraining order against Michael Vick for using the following variations in Plaintiffs copyrighted name; Jonathan Riches, Jonathan Lee Rich, Jon Lee Riches, Riches Jonathan Lee, Jonathan Lee Riches A/K/A Gino Romano

### CONCLUSION

Plaintiff prays the Judge Recuses themself for the interest of Justice. Plaintiff prays Michael Vick leaves him alone and gives his Identity back. Plaintiff is looking for Justice. America the Great!

Respectfully
submitted

Jonathan lee, Riches ©

Jonathan Lee Riches ©
#40948-018
Federal Correctional Institution
Williamsburg
P.O. Box 340
Salters, SC 29590