UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FILED
AUG 21 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Jonathan Lee Riches©,
Plaintiff

v.     Civil Action No: 3:07CV434

MICHAEL VICK,
DEFENDANT

## NOTICE OF INTERLOCUTORY APPEAL

Plaintiff Appeals the August 1, 2007 MEMORANDUM ORDER Denying Plaintiff's Motion for a temporary restraining order against Defendant and it's decision to preclude further filings.

Notice is hereby given that Jonathan Lee Riches, Plaintiff in the above named case, hereby Appeal to the United States Court of Appeals for the 4th circuit entered in this action on the 16th day of the 8th month, 2007.

Respectfully,

Jonathan Lee, Riches©
U.C.C. 1-308