UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

```
                                        F I L E D
                                    ┌──────────────────┐
                                    │   AUG 2 1 2007   │
                                    └──────────────────┘
                                    CLERK, U.S. DISTRICT COURT
                                          RICHMOND, VA
```

Jonathan Lee Riches ©,
Plaintiff

V.                              CIVIL ACTION NO: 3:07CV434

MICHAEL VICK,
DEFENDANT

## NOTICE OF INTERLOCUTORY APPEAL

Plaintiff Appeals the August 1, 2007 MEMORANDUM ORDER
Denying Plaintiff's Motion for appointment of Counsel.

Notice is hereby given that Jonathan Lee Riches, Plaintiff
in the above named case, hereby appeal to the United States
Court of Appeals for the 4th circuit entered in this action on the
16th day of the 8th month, 2007.

Respectfully,

Jonathan Lee, Riches ©
U.C.C. 1-308