4cca-30    REV. 04/09/06    T R A N S M I T T A L   S H E E T
(Notice of Appellate Action)

| | | |
|---|---|---|
| \_\_\_\_Notice of Filing<br>\_\_\_\_Cross Appeal<br>\_\_\_\_Interlocutory Appeal<br>\_\_\_\_Additional NOA<br>\_\_\_\_Amended NOA<br>\_\_\_\_Transmittal of Record<br>\_\_\_\_Transmittal of Certif.<br>\_\_\_\_Supplement to ROA<br>\_\_\_\_Supplemental Certif.<br>\_\_\_\_Other_____ | UNITED STATES DISTRICT COURT<br>for the<br>_____DISTRICT OF _____<br>at_____<br>Caption: | District Court No.:_____<br><br>4CCA No.:_____<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.  NOA filed:<br><br><br>2.  Amended NOA filed: | 4.  Fees<br>    \_\_\_\_\_USA no fee required<br>$5 filing fee:    \_\_\_\_paid    \_\_\_\_unpaid<br>$450 docket fee:  \_\_\_\_paid    \_\_\_\_unpaid<br>Pauper status: \_\_\_\_granted\_\_\_\_denied\_\_\_\_pending in dist.ct.<br>Does PLRA Apply? \_\_\_\_Yes \_\_\_\_No   3-strikes? \_\_\_Yes \_\_\_No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3.  District Judge: | 5.  Materials Under Seal in District Court: \_\_\_Yes \_\_\_No<br><br>    Party Names Under Seal in District Court: \_\_\_Yes \_\_\_No |
| 6.  Official Ct. Reporter(s):<br><br>Contract Court Reporter:<br><br>Coordinator: | 7.  Transcript<br>    In-Court Hearing Held:  \_\_\_\_Yes \_\_\_\_No<br><br>8.  Criminal/Prisoner Cases<br>    \_\_\_\_recalcitrant witness    Defendant's Address:<br>    \_\_\_\_on death row<br>    \_\_\_\_in custody<br>    \_\_\_\_on bond<br>    \_\_\_\_on probation |

**Part II**    TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings: Vols._____ | Pleadings: Vols._____ |
| Transcript: Vols._____ | Transcript: Vols._____ |
| Exhibits: Vols._____ | Exhibits: Vols._____ |
| Depositions: Vols._____ | Depositions: Vols._____ |
| State Ct. Record: Vols._____ | State Ct. Record: Vols._____ |
| Sealed: Vols. _____ | Sealed: Vols. _____ |
| No. of Boxes: _____ | No. of Boxes: _____ |

Deputy Clerk:_____   Phone:_____   Date:_____