UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

FILED
AUG 27 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Jonathan Lee Riches© A/K/A
"Crusader for truth",
Plaintiff

V.                                                    Civil action NO: 3:07CV434

Michael Vick,
Defendant

## MOTION FOR CLARIFICATION

## MOTION TO CORRECT SCRIVNERS ERROR

### CLARIFICATION MOTION

"MICHAEL VICK IS IMPLICATING OTHER CURRENT AND FORMER ATLANTA FALCON TEAM MATES IN ILLEGAL DOG FIGHTING, SO MR. VICK CAN RECIEVE A REDUCED FEDERAL SENTENCE"

Comes now the Plaintiff, Jonathan Lee Riches© A/K/A "Crusader for truth", in pro-se, Moves this Honorable Court for clarification on respected Judge M. Hannah Lauck's Aug 1, 2007 Memorandum order. Plaintiff is confused with #8 of this order, as Plaintiff has no prior legal experience. Plaintiff has a Constitutional right for clarification. Also moves this honorable Court to correct scrivners error of Plaintiffs full name in the Court docket. Plaintiff prays for relief.

"MCGRUFF TOOK A BITE OUTTA MICHAEL VICK"

1

Question for the Court? On the August 1, 2007 Memorandum order

by Judge M. HANNAH LAUCK, I request this Court to clarify what #8 means. #8 States "Plaintiff is prohibited from filing any other pleadings, motions, memoranda, or materials not specifically required herein or otherwise specifically order by the Court until he <u>begins making payments on the filing fee</u>. Any material submitted in violation of this paragraph will not be considered."

When this respected Court asks "<u>begin making payments</u>", does this mean the starting of partial payments or the full $350 filing fee in full?

Plaintiff has recieved confirmation from a private outside Donor financier to pay the $350.00 filing fee. Plaintiff previously filed a motion in this court for a extention of Time to pay the $350.00 filing fee. I currenty have $9 dollars and some change in my prison Account, can I begin to pay now like #8 states in making payments?

Plaintiff needs to file another amended complaint against MR. Vick due to the continue threats and harassment I'm recieving by MR. Vick and his associates.

Ever since I filed this suit, Vick is trying every tactic to silence me from exposing his animal abuse. I found out through the drudge Report that Michael Vick is implicating other current and former Atlanta Falcon Teammates in illegal dog fighting, so MR. Vick can recieve a reduced federal sentence. Vick says that Andre Rison, Jerry Glanville, Joe Horn, Tim Dwight and Jessie tuggle participated in interstate dog fighting and illegal sports betting. Betting on falcon games between Nov 2000 and Jan 2006. Proceeds were laundered to Atlanta area strip clubs. Michael Vick also trained CUJO.

Vick paid a crock to eat Steve Irwin. Sometimes when Vick gets angry he cannibalizes puppy dogs.

Michael Vick continues to use my copyrighted name without compensation. I submit my copyright notice below to this Honorable Court

## Copyright Notice

Copyright Notice: all unalienable rights regarding the Common Law Copyright© of the following trade-names/trade-marks:   JONATHAN LEE RICHES   , as well as any and all corruptions, permutations, initialed and derivations or variations in spelling thereof not excluding   Jonathan Lee., Riches©   respectively, and any fixation in tangible medium of expression or authorship, whether in words, numbers, notes, sounds, films, pictures, images of or parts thereof, or any other graphic or hallographic symbolic indica including but not limited to fingerprints, palm prints, thumb prints, foot prints, iris or retinal prints or images, facial or skeletal images or x-rays, ultra sound images, DNA and RNA charts and maps, blood or blood fractions, bodily fluids, excretions, clippings, or sheddings, body chemical typing or maps, body parts or fractions thereof; whether embodied in a physical object, in written, printed, photographic, x-rays, sculptural, punched, carved or engraved form, magnetic or electronic data of the living, breathing, flesh and blood Man,   Jonathan Lee., Riches©  , Common Law Copyrighted property of the live, natural, flesh and blood Man,   Jonathan Lee., Riches©  , Common Law Copyright© 1994 by   Jonathan Lee., Riches©   . Any and all of the aforementioned trade-names/trade-marks may be neither used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of   Jonathan Lee., Riches©  , as signified by the blue ink signature of   Jonathan Lee., Riches©  , hereinafter Secured Party. **With the Intent of Being Contractually Bound**: any juristic person or their agent or artificial entity or it's agent, herein consents and agrees by and with this **Copyright Notice** that neither said juristic person or entity or agent of said juristic person or entity, shall display, nor otherwise use in any form or manner whatsoever, any of the herein-before described trade-names/trade-marks, without the prior, express, written consent and acknowledgment of **Secured Party**, as signified by the said **Secured Party's** signature in red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use, in any form or manner whatsoever, the hereinbefore described copyrighted© trade-names/trade-marks. **Secured Party** is not now, nor has **Secured Party** ever been an accomodation party, nor a surety, for any of the aforementioned trade-names/trade-marks, i.e. purported debtors, nor for any other juristic person or artificial entity and is so indemnified and held harmless by   JONATHAN LEE RICHES   , purported debtor, in Hold Harmless and Indemnity Agreement No. JLR122794HHIA  , dated the Twenty Seventh Day of the Twelfth Month in the Year of Yahshua the Christ Nine-teen Ninety Four against all claims, legal actions, court orders, warrants, summonses, subpoenas, judgments, demands, liabilities, depositions, losses, lawsuits, repossessions, seizures, costs, fines, liens, levies, penalties, damages, interests, taxes, and expenses whatsoever, both absolute and contingent, as hereafter arise and as might be suffered by, be imposed upon, and/or be incurred by the herein described purported debtors, for any reason, purpose and cause whatsoever. **Self-executing Contract/Security Agreement in Event of Unauthorized Use**: by this **Copyright Notice**, the juristic person and or artificial entity and or any agents of same, hereinafter jointly and severally 'User' hereby consents and agrees that any of the

## Copyright Notice

Users' use of any of the hereinbefore described Copyrighted© trade-names/trade-marks, other than explicit authorized use, as set forth previously herein, shall constitute unauthorized use, counterfeiting of **Secured Party's** Common Law Copyrighted property, consentually contractually binds **User**, renders this **Copyright Notice a Security Agreement** wherein **User** is Debtor and Jonathan Lee., Riches© is Secured Party, and signifies that **User**: (1) grants **Secured Party** a security interest in all of **Users'** assets, land, personal and private property including but not limited to: all consumer goods, farm products, livestock, inventory, equipment, money, gold and silver coin and bullion, tort claims, letters of credit, letters of credit right, chattel paper, instruments, deposit accounts, accounts, documents, and general intangibles, trusts, trust funds, accounts and assets, and inheritances, in the amount of **Five Hundred Thousand Dollars ($500,000.00)** per occurance of unauthorized use of any of the hereinbefore described Copyrighted trade-names/trade-marks, plus costs, plus triple damages; (2) authenticates this **Security Agreement** wherein **User** pledges all **Users'** interest in all such foregoing mentioned property, now owned and hereafter aquired, now existing and hereafter arising, and wherever located in the World, as collateral for **Users'** consentual contractual obligation in favor of **Secured Party**, for **Users'** unauthorized use of **Secured Party's** Common Law Copyrighted© property hereinbefore described; (3) consents and agrees with **Secured Party** filing a U.C.C. Financing Statement in any U.C.C. Filing Office, as well as in any county recorder's office, wherein **User** is Debtor and Jonathan Lee., Riches© is Secured Party; (4) consents and agrees that said U.C.C. Financing Statement in paragraph (3) above, is a continuing financing statement and further consents and agrees with the **Secured Party's** filing any Continuation Financing Statement necessary for maintaining **Secured Party's** perfected security interest in all **Users'** property herein pledged as collateral in this Security Agreement and described in paragraph (1) above, until **Users'** contractual obligation theretofore incurred has been fully satisfied; (5) consents and agrees that any and all such U.C.C. filings mentioned in paragraphs (3) and (4) above are not and never will be considered, construed, or implied, as bogus, invalid, a threat, coercion, or intimidation toward User Debtor or by any other juristic person or artificial entity or their agents whatsoever; (6) hereby consents and agrees to waive all defenses; and (7) hereby appoints **Secured Party** as irevocable Authorized Representative for **User**, effective upon **Users'** default of **Users'** consentual contractual obligation in favor of **Secured Party** as set forth hereinbelow as 'Payment Terms and Default Terms', granting **Secured Party** full authorization and power with a security interest, for engaging in any and all actions on behalf of **User**, including but not limited to, authentication of a record on behalf of **User**, at **Secured Party's** sole discretion as deemed appropriate. <u>User Further Consents and Agrees with all the Following Additional Terms of this Self-executing Contract/ Security Agreement Effective in Event of Unauthorized Use</u>: <u>Payment Terms</u>: in accordance with fees hereinbefore agreed to by **User** for unauthorized use of any of the aforementioned Common Law Copyrighted© trade-names/trade-marks, **User** hereby consents and agrees to pay **Secured Party** said unauthorized use fees in full within ten (10) days from the date of **Secured Party's**

## Copyright Notice

invoice, hereinafter Invoice, which **User** is sent by regular, certified or registered mail to **User's** last known mailing location, which Invoice itemizes unauthorized use fees. <u>**Default Terms**</u>: in event of non-payment in full of all unauthorized use fees by **User** within ten (10) days of Invoice date, **User** shall be in Default; and (a) all of **User's** property or interest therein pledged as collateral by **User** herein, and as described in paragraph (1) above, immediately becomes, i.e. is the property of **Secured Party**; (b) **Secured Party** is hereby appointed **User's** Authorized Representative, as set forth in paragraph (7) above; and (c) **User** consents and agrees that **Secured Party** may take possession of, as well, dispose of, in any manner, at any time, determined by **Secured Party** following **User's** Default of this **Security Agreement** without further notice to **User**, any and all property described in paragraph (1) above, in respect of this **Self-executing Contract/Security Agreement** in event of unauthorized use, that **Secured Party** at **Secured Party's** sole discretion, has deemed appropriate. <u>**Terms of Curing Default**</u>: upon event of Default as set forth under Default Terms, above, irrespective of any and all of **User's** former property, or interest therein, in the possession of, as well as disposed of by **Secured Party**, as authorized under Default Terms, above, **User** may cure **User's** Default re only the remainder of **User's** former property and or interest therein, pledged as collateral, that is neither in the possession of, nor otherwise disposed of by **Secured Party** within twenty (20) days of the date of **User's** Default on the payment of above described unauthorized use fees in full. <u>**Terms of Strict Foreclosure**</u>: **User's** non-payment in full of all unauthorized use fees itemized in Invoice, described above, in paragraph (1), within twenty (20) day period for curing Default as set forth under Terms for Curing Default, above, authorizes **Secured Party's** immediate non-judicial foreclosure on any and all remaining property or interest therein formerly pledged as collateral by **User**, now property of **Secured Party**, which is not in the possession of, nor otherwise disposed of, by **Secured Party**, upon expiration of said twenty (20) day Default Curing Period. Ownership subject to Common Law Copyright© and U.C.C. Finacing Statement and **Security Agreement** filed.

**Copyright Notice by Secured Party**
Autograph Common Law Copyright© 1994
  Jonathan Lee., Riches[(c)]

_____
**Secured Party signature**

The party signing above, who is known to me, has sworn/affirmed this document before me this ___20___ Day of the ___Twelfth___ Month in the Year of Yahshua the Christ Two Thousand Five A.D. at Bennettsville, South Carolina state.

_____
**Notary/witness signature** with seal:

page 3. of 3

PAGE 6
Riches v. Vick

Plaintiff has also been recieving threatening letters by Mr. Vick and other pseudo gangs, including: Dick Butkus, Canadian Coal Miners, MS13, Lou Dobbs.

Plaintiff requests armed guards and Brinks security system for my cell.

Below is a threatening letter from Michael Vick

EXHIBIT O

Jonnathan Lee Riches,

No one fucks with #7! You little Cracker Wigger boy. My football buddies are going to punt you. You better hope the prison protects you. Your Dead meat!

M.V.

Plaintiff requests this court sends this letter to the FBI Quantico Virginia Lab for fingerprint and DNA testing.

Michael Vick dogpiles on me because I'm caucasin

On August 18, 2007, in retaliation for exposing Michael Vick, Vick again broke into my home and took my pomeranian "Chops" and my cat "Stix". They have not been seen since. I put out a amber alert with no luck. Poncho from chips patrol offered to help. Its believed Vick used my animals and snoop doggy dog in L.A. dog fights.

Below are my missing pets.

↓

EXHIBIT 1



MISSING SINCE AUGUST 18, 2007

Michael Vick. Mr. Vick is conspiring with the Warden of FCI Williamsburg, Donald Bauknecht, not to feed me proper nutrition. I came to prison in 2003 at a healthy 175 Lbs. Now I only weigh 125 Lb and stand 5 ft 10 inches. I'm losing my hair because of the stress do to Michael Vick's animal torture. Michael Vick broke into Main Line Models in King of Prussia Pennsylvania, and took my portfolio.

<u>EXHIBIT 2</u>. Below is a picture of me before I was forced to prison. Michael Vick also stole my tuxedo and bowtie

EXHIBIT 2



EXHIBIT 2

PAGE 9
Riches v. vick
Case 3:07-cv-00434-HEH  Document 12  Filed 08/27/2007  Page 9 of 11

Michael Vick paid my co-defendant Jason Michael Carpenter

Exhibit 3

Related Case Information

6. Preston Gray, a juvenile at the time of the instant offense, was charged and convicted of engaging in organized criminal activity, in the 174th District Court of Harris County, Houston, Texas, under Cause No. 0940268, and received 5 years probation, on August 20, 2003.

The Offense Conduct

7. Information for this section of the report was obtained from a review of the investigative files of the United States Attorney's Office and the Federal Bureau of Investigation (FBI). Case agents with the FBI and Harris County Sheriff's Office were also interviewed.

8. In November 2001, a Harris County constable began monitoring suspicious mail deliveries to a vacant house on Village Trail in the northwest area of Houston, Texas. By early summer of 2002, the FBI was contacted and an investigation was initiated which identified Jason Carpenter, previously handled by the FBI, as the recipient of the packages and mail addressed to various names at the Village Trail address.

9. On August 8, 2002, Jason Carpenter contacted the FBI, unaware that he was under investigation, and reported Jonathan Riches was involved in credit card and identity fraud. In a subsequent interview with the FBI, Carpenter admitted he was also involved and acted as a broker for stolen credit card and identity information. Carpenter advised he obtained the stolen information through Preston Gray in Dallas, Texas. Carpenter then provided the information to Jonathan Riches through e-mail correspondence. The stolen credit card and identity information was sufficient to either establish new credit card accounts or alter current accounts by changing the cardholder's billing address to an address controlled by the conspirators. Carpenter provided FBI agents with records containing credit card and personal identifying information of 637 individuals to include names, social security numbers, dates of birth, addresses, telephone numbers, card banks, card types, card numbers and expiration month and year. An additional 13 individuals' names with addresses and social security numbers were provided. Carpenter also gave FBI agents seven illegally obtained credit cards which he had applied for using the name and identifiers of others.

10. FBI agents corroborated Carpenter's statements through analysis of his computer hard drives. Additionally, in a recorded telephone conversation on November 1, 2002, between Carpenter and Jonathan Riches, it was learned that Jonathan Riches was attempting to obtain his own software to make fraudulent identifications. By the end of November 2002, Carpenter had stopped meeting with the FBI. The investigation later determined that during Carpenter's brief period of cooperation with the FBI, Carpenter continued to engage in the fraud scheme. FBI agents theorize that Carpenter initially reported Jonathan Riches out of anger, because Jonathan Riches was realizing far greater profits and not sharing those profits with Carpenter.

11. The investigation revealed that beginning some time prior to February 2002, Carpenter met Preston Gray, a juvenile during the time of the conspiracy, on-line in a chat room. Gray

4

MICHAEL VICK Sabol sue Copyrighted photo to sell to CNN Producer Andy Segal

Exhibit 4

**CNN PRODUCTIONS**

December 19, 2005

Jonathan Lee Riches     #40948-018
FCI Bennettsville
Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC  29512

Dear Jonathan,

I was in Houston last week meeting with Special Agent Dunlap at the FBI.

You are clearly one of the best. You know it and the FBI knows it. So I'm planning to include you and your case in our one-hour program on Identity Theft.

I'm writing, again, to ask for an interview with you.

With your expertise, having you in our program would go a long way to educating the public about Identity Theft. If you're still trying to get the FBI's attention, I don't see how this could hurt. And who knows? I've seen people in your situation testify before Congress.

We interviewed Jason several weeks ago. But as much as anything, I want to *tell your story*.

Please write me and let me know your decision.

Sincerely,

Andy Segal
Senior Producer

CNN Productions   6-South
One CNN Center
Atlanta, GA  30303

## MOTION TO CORRECT SCRIVNERS ERROR

Plaintiff moves for correction in his full name. My name is Jonathan Lee Riches© with the © symbol, I've been common law copyrighted since 1994. Plaintiff prays this respected court corrects the ERROR.

Respectfully
Submitted

*Jonathan Lee, Riches©*
U.C.C. 1-308

Jonathan Lee Riches©
#40948-018
Federal Correctional Institution
Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400