```
              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT

                     August 30, 2007


             NOTICE OF APPELLATE CASE OPENING
             ********************************
```

**FOURTH CIRCUIT INFORMATION**
--------------------------

    **Court of Appeals Case #:**  7-7267

    **Short Caption:**  Riches v. Vick

    **Date NOA Received 4CCA:**  8/23/07

    **Case Manager:**  Anthony Webb



**DISTRICT COURT INFORMATION**
---------------------------

    **Division:**  Eastern District of Virginia at Richmond

    **District Court Case Number(s):**

    3:07-cv-00434-HEH

    **Date NOA Filed in District Court:**  8/21/07